In the Matter of the Claim of INTERNATIONAL RAILWAY COMPANY, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Argued October 24, 1932; decided November 22, 1932.)

*Edward E. Franchot* and *Harrop A. Freeman* for appellant.

*John J. Bennett, Jr.,* Attorney-General *(Arthur T. McAvoy* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: CROUCH, J.